UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LEYSE and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 11-cv-07128 (SDW) (MCA)<br><br>NOTICE OF CHANGE OF ADDRESS |

**TO: CLERK OF COURT AND ALL PARTIES**

PLEASE TAKE NOTICE, that effective April 14, 2014, the law firm of Morrison & Foerster LLP no longer has its offices located at 1290 Avenue of the Americas, New York, NY 10104.  Morrison & Foerster LLP's new offices are located at 250 West 55th Street, New York, NY 10019; and

PLEASE TAKE FURTHER NOTICE that service of all pleadings and papers on David J. Fioccola, counsel of record for Appellee Bank of America, N.A. in the above-captioned matter, on or after April 14, 2014, should be directed to Morrison & Foerster LLP's new offices at 250 West 55th Street, New York, NY 10019; and

PLEASE TAKE FURTHER NOTICE that the telephone numbers, e-mail addresses and facsimile numbers for Morrison & Foerster LLP, its attorneys and support staff will remain the same.

Dated: New York, NY
       May 20, 2014

                                      Respectfully submitted,

                                      By:   /s/  David J. Fioccola
                                          David J. Fioccola

                                    MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 468-8000
dfioccola@mofo.com

*Attorney for Appellee Bank of America, N.A*