UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LEYSE, Individually and on Behalf of All Others Similarly Situated | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 11-7128 (SDW) (MCA) <br> : |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | :    **ORDER** <br> : <br> : |
| Defendant. | : <br> : |

**WIGENTON,** District Judge.

This matter comes before the Court on Defendant Bank of America, National Association's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). This matter has been decided without oral argument pursuant to Federal Rules of Civil Procedure 78. For the reasons stated in this Court's opinion dated September 8, 2014,

**IT IS** on this 8th day of September, 2014,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

/s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc:    the Hon. Madeline Cox Arleo, U.S.M.J.