**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LEYSE, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>　　　　　　　Defendant. | Civil Action No. 11-7128 (SDW) (SCM)<br><br>**ORDER**<br><br>March 13, 2020 |

**WIGENTON**, District Judge.

　　This matter having come before this Court on Defendant Bank of America, National Association's ("Defendant") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure ("Rule") 56 and Motion to Strike Plaintiff Mark Leyse's ("Plaintiff") Expert, as well as Plaintiff's Motion for Class Certification pursuant to Rule 23 and Motion to File a Second Amended Complaint, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated March 13, 2020,

　　**IT IS** on this 13th day of March, 2020,

　　**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and

　　**ORDERED** that Defendant's Motion to Strike, Plaintiff's Motion to File a Second Amended Complaint, and Plaintiff's Motion for Class Certification are **DISMISSED AS MOOT**.

　　**SO ORDERED.**

                                              s/ *Susan D. Wigenton*_____  
                                              **SUSAN D. WIGENTON**  
                                              **UNITED STATES DISTRICT JUDGE**

Orig:        Clerk  
cc:          Hon. Steven C. Mannion, U.S.M.J.  
              Parties