UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK LEYSE and All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>*Defendant*. | 2:11-cv-07128-SDW-MCA<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiff, Mark Leyse, hereby appeals the following to the United States Court of Appeals for the Third Circuit: each and every part of the Opinion (Dkt. No. 241) of this Court, dated and entered with the clerk on March 13, 2020; and that part of the Order (Dkt. No. 242) of this Court, dated and entered with the clerk on March 13, 2020, that stated, "ORDERED that Defendant's Motion for Summary Judgment is GRANTED."

Dated: March 24, 2020

| | |
|---|---|
| s/ *Greg M. Kohn* | s/ *Todd C. Bank* |
| NAGEL RICE, LLP | TODD C. BANK, |
| Greg M. Kohn | ATTORNEY AT LAW, P.C. |
| 103 Eisenhower Parkway | Todd C. Bank |
| Suite 103 | (admitted *pro hac vice*) |
| Roseland, New Jersey 07068 | 119-40 Union Turnpike |
| (973) 618-0400 | Fourth Floor |
| gkohn@nagelrice.com | Kew Gardens, New York 11415 |
| | (718) 520-7125 |
| | tbank@toddbanklaw.com |

*Counsel to Plaintiff*